IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                         Case No. 5:02CR40069-001-SAC

TERENCE COOPER,
XXX-XX-9122

Defendant,

and

RONALD SANDHAUS
4601 College Boulevard
Leawood, KS  73036-1000,

Garnishee-defendant.

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, Doc. 380,  directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on May 30, 2006, Doc. 383,  stating that at the time of the service of the Writ it had in its possession or under its control settlement proceeds belonging to and due defendant, in the amount of $10,000.00.

On May 24, 2006, the defendant was provided a copy of the Writ Of Continuing Garnishment and notified of his right to a hearing.  Defendant Cooper objected to the Writ of Continuing Garnishment and a  hearing was held on July 12, 2006.

On August 24, 2006, Doc. 401, a Report and Recommendation was entered by the United States Magistrate, recommending that the United States' Writ of Continuing Garnishment to garnishee Ronald Sandhaus be enforced.

On November 1, 2006, a Memorandum and Order, Doc. 406, was entered by the United States District Court Judge, which overruled defendant Cooper's objections to the Writ of Garnishment and magistrate's Report and Recommendations and further ordered that the United States' Writ of Continuing Garnishment to garnishee Sandhaus be enforced.

IT IS ORDERED that garnishee Ronald Sandhaus forward a check in the amount of $10,000.00, made payable to "Clerk, U.S. District Court," to United States District Court, 500 State Avenue, Room 259, Kansas City, Kansas, 66101.

Dated this 4th day of <u>December</u>, 2006.

s/ Sam A. Crow
SAM A. CROW
United States District Senior Judge

Submitted by:

ERIC F. MELGREN
United States Attorney

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States

2